Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAC WHOLESALE CLOTHING, a Business Entity of Unknown Form; GSTAGE LOVE.COM, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: **CV 17-4026-GW(AFMx)**<br>*Hon. George H. Wu Presiding*<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: **October 1, 2017**      By: *George H. Wu*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE